IN THE CIRCUIT COURT FOR
PRINCE GEORGE'S COUNTY, MARYLAND

SABRENA STOKES                              )
15304 Pine Tree Way                         )
Bowie, Maryland 20721                       )
                                            )
            Plaintiff,                      )
                                            )
   vs.                                      ) Case No.:_____
                                            )
HOME DEPOT U.S.A., INC.                     )
2455 Pacers Ferry Road, SE                  )
Atlanta, Georgia 30339                      )
                                            )
SERVE ON:                                   )
CSC-Lawyers Incorporating Service Co.       )
7 St. Paul Street                           )
Suite 820                                   )
Baltimore, Maryland 21202                   )
                                            )
            Defendant.                      )
                                            )

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Sabrena Stokes, by undersigned counsel, hereby files this Complaint against Home Depot U.S.A., Inc., Defendant herein, and alleges as follows:

### I. JURISDICTION AND VENUE

1. Plaintiff invokes the jurisdiction of this Court pursuant to Md. Code Ann., Cts. and Jud. Proc. Article, §§ 6-101 et seq.

2. Venue is proper in this Court pursuant to Md. Code Ann., Cts. & JudProc. Article, §§ 6-201 and 6-202.

3. The amount in controversy herein exceeds the sum of $30,000.00, exclusive of interest and costs.

## II. PARTIES

4. Sabrena Stokes ("Stokes") is a citizen of the State of Maryland with a residence in Prince George's County at 15304 Pine Tree Way, Bowie, Maryland 20721.

5. Home Depot U.S.A., Inc. ("Home Depot") is a Georgia corporation with its principal place of business located at 2455 Paces Ferry Road, SE, Atlanta, Georgia 30339. At all times relevant to this Complaint, Home Depot U.S.A., Inc. was the owner of the property known as 150 Hampton Park Boulevard, Capitol Heights, Maryland 20743.

## III. FACTS

6. On or about September 28, 2020, Stokes was an invitee at the property known as the Home Depot located at 150 Hampton Park Boulevard, Capitol Heights, Maryland 20743 ("Premises").

7. As Stokes was standing on the Premises and looking at wooden trim, she was struck by a metal pole that fell from a display shelf. The impact of the metal pole caused Stokes to sustain profound and painful injuries to her head, face, neck, back, and body. As a result of the injuries sustained, Stokes was forced to incur substantial medical bills and miss time from work. As of the date of the filing of this Complaint, Stokes is

still experiencing periodic pain and discomfort as result of the injuries she sustained on September 28, 2020 and may be in need of future medical care.

8.  At all times prior to the accident, Stokes maintained a proper and vigilant outlook as she was looking at the wooden trim, and her actions in no way contributed to the incident. To the contrary, Stokes' injuries were solely the result of the unreasonable acts and omissions of Home Depot.

9.  Prior to this accident, Home Depot knew or should have known that the metal pole was unsecured and created a hazardous condition. Notwithstanding said knowledge and notice, Home Depot failed to take reasonable actions to prevent and/or cure the hazardous condition which it knew or should have known could result in injuries to its customers. Additionally, Home Depot failed to provide any sort of meaningful warning to Stokes, or others on the premises, of the dangerous condition which existed in the store.

## COUNT I
### (Negligence)

10. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1-9.

11. Home Depot, at all times material to this Complaint, was in exclusive, possession, custody and control of the Home Depot located at the property known as 150 Hampton Park Boulevard,

Capitol Heights, Maryland 20743. As such, Home Depot owed a duty to Stokes, and all patrons who were lawfully on the premises, to provide safe pathways through the store free from hazardous conditions which could cause injury. Home Depot also had a duty to warn Stokes, and all other patrons lawfully entering onto the property, of any defects, dangers or other hazardous conditions which existed on the property.

12. On or about September 28, 2020, Home Depot breached the duties of care it owed to Stokes by (1) failing to take reasonable actions to ensure that the metal pole which struck Stokes was displayed in a secured manner, and (2) failing to warn Stokes, and other patrons lawfully on the premises, of the aforementioned dangerous conditions of which it knew or should have known existed as of the time of Stokes' accident.

13. As a result of Home Depot's breaches of the duties of care owed to stokes, Stokes sustained substantial damages.

WHEREFORE, Plaintiff, Sabrena Stokes, prays that the Court enter judgment in her favor and against Defendant, Home Depot U.S.A., Inc, for compensatory damages in an amount exceeding $75,000.00, with the exact amount to be determined at trial, plus pre-judgment interest, costs, and such other and further relief as justice may require.

Respectfully submitted,

Thomas C. Costello, #9412430142
Matthew T. Holley, #1306190131
tcc@costellolawgroup.com
mth@costellolawgroup.com
Costello Law Group
409 Washington Avenue, Suite 410
Towson, Maryland 21204
(410) 832-8800

Attorneys for Plaintiff,
Sabrena Stokes

### JURY TRIAL DEMANDED

Plaintiff hereby demands and request that all claims, actions and causes of action set forth herein be tried before a jury.

Matthew T. Holley